No. 07-14-00133-CR  PD-0946-15

PRESTON DENNARD MASSEY

VS.

THE STATE OF TEXAS

FILED
JUL 16 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

IN THE TEXAS COURT OF CRIMINAL APPEALS AT AMARILLO

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 23 2015
Abel Acosta, Clerk

SEEKING DISCRETIONARY REVIEW FROM A DECISION BY THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS AT AMARILLO IN CAUSE NO. 07-14-00133-CR

PETITIONER'S PRESTON DENNARD MASSEY MOTION TO EXTEND TIME FOR FILING PETITION FOR DISCRE--TIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

To The Honorable Judges of Said Court:

Comes now, Petitioner, Preston Dennard Massey, pro se And Respetfully requests that the time for filing of Petitioner, Preston Dennard Massey's Petition for Discret--ionary Review in the Above - styled and numbered be extended in support of this motion the Petitioner would show the Court the following:

1. In Cause No. 07-14-00133-CR, Appellant was convicted of Burglary of Habitation and punishment was assessed at confinement in the Texas Department of Criminal Justice, Institutional Division. The Court of Appeals Affirmed the Appeah on June 5, 2015.

2. The present deadline for filing of Petitioner/Appellant's Petition for Discretionary Review is July 5, 2015. Petitiner Respectfully requests an extension of time until _____ _____, 20 ____.

3. No prior Requests for extension of time were made.

4. Petitioner would show the Court that a REASONABLE explanation exists for the requested extension. The facts on which petitioner relies to REASONABLY explain the need for this extension are as follows:

Petitioner has not had sufficient time after receipt of the opinion of the Court of Criminal Appeals to prepare his petition for discretionary review, pro se, for filing with this Court.

WHEREFORE, PREMISES CONSIDERED, Petitioner Respectfully requests that the time for filing of the Petition for Discretionary Review be extended to the aforementioned date.

Preston Dennard Massey
3872 F.M. 350 South
Street
Livingston Tx                77351
City,           State,           Zip

## CERTIFICATE OF SERVICE

I, Preston D. Massey, the undersigned, hereby certify I served a true and correct copy of foregoing document on Lisa C. McMinn, State Prosecuting Attorney, at P.O. Box 13046, Austin, Texas 78711 by mail on __17__ day of __June__ 20__15__.

Preston Dennard Massey.